# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133094

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DESMOND LAMAR KELLEY,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133094
COA: 274651
Saginaw CC: 05-025458-FH

On order of the Court, the application for leave to appeal the January 10, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARKMAN, J., would grant leave to appeal for the reasons set forth in his dissenting statement in *People v Wright*, 474 Mich 1138 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007                  _____
                                          Clerk

p0521